BOMBARD, Respondent, v. VILLAGE OF NYACK, Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Alphonse Bombard against the village of Nyack. No opinion. Judgment and order unanimously affirmed, with costs.